STATE EX REL. JONES *v.* STEWART, JUDGE.

[No. 27,934.   Filed March 8, 1944.   Rehearing denied April 3, 1944.]

*Clyde Jones,* of Michigan City, *pro se.*

*James A. Emmert,* Attorney General, *Frank Hamilton,* First Assistant Attorney General, and *Frank E. Coughlin,* Deputy Attorney General, for respondent.

PER CURIAM.—This action is denominated a petition for a "Writ of Mandate and Prohibition." It recites certain actions of the respondent which are alleged to be erroneous. It does not question the court's jurisdiction. It does not allege that the court refused to act. It alleges that the court acted contrary to the relator's conception of what should have been done. It therefore does not state a cause of action.

The petition is dismissed.

NOTE.—Reported in 53 N. E. (2d) 346.